UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOYCE D. KREIDER, | ) | CASE NO. 1:07 CV 1694 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge William H. Baughman issued on February 24, 2009 (*ECF No. 27*). The Commissioner of Social Security denied Plaintiff Joyce D. Kreider's application for disability insurance benefits and supplemental insurance benefits. The Magistrate Judge recommends the reversal of the Commissioner's decision denying Kreider's application for disability insurance benefits and supplemental security income and remand to the Commissioner for reconsideration of whether Kreider could perform her past relevant work and/or whether a significant number of jobs exist locally and nationally that Kreider could perform. The Commissioner filed a response stating it did not object to the Magistrate Judge's R&R.

The Court has reviewed the Magistrate Judge's thorough and well-written Report and Recommendation and hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's recommendation that the Commissioner's decision be reversed and the case remanded for

reconsideration of whether Kreider could perform her past relevant work and/or whether a significant number of jobs exist locally and nationally that Kreider could perform.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster     March 13, 2009*
**Dan Aaron Polster**
**United States District Judge**